UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAURA PATTON,<br><br>            Plaintiff,<br><br>-against-<br><br>CCH INCORPORATED,<br><br>            Defendant. | Civil Action No. 09-CV-1304 (SJF) (ETB)<br><br>STIPULATION FOR WITHDRAWAL OF ACTION, WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties in the above captioned action, through the undersigned counsel, that the action (and all claims and causes of action that were or could have been asserted in it) be withdrawn, discontinued and dismissed, with prejudice, in accordance with Rule 41 of the Federal Rules of Civil Procedure, without costs or attorneys' fees to any party.

_____
Saul D. Zabell
ZABELL & ASSOCIATES, P.C.
4875 Sunrise Highway, Suite 300
Bohemia, NY 11716
631. 589.7242

Attorneys for Plaintiff
  Laura Patton

_____
Craig Benson
LITTLER MENDELSON, P.C.
900 Third Avenue
New York, NY 10022
212.583.9600

Attorneys for Defendant
  CCH Incorporated


SO ORDERED: _____, J.
DATE: _____